PUBLIC CITIZEN, Plaintiff,

v.

DEPARTMENT OF STATE, Defendant.

Civ. A. No. 91–0746 (CRR).

United States District Court,
District of Columbia.

June 1, 1992.

ORDER

CHARLES R. RICHEY, District Judge.

It has just come to the attention of the Court, in the form of an inquiry from plaintiff's counsel, that there is an error in the January 14, 1992 Order in the above-entitled action.

Accordingly, it is, by the Court, this 28 day of May, 1992,

ORDERED that on the last line of the last paragraph of page six, the word "defendant" shall be deleted and replaced with the word "plaintiff".